IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT G. GINTER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv148 |
| | ) | |
| v. | ) | |
| | ) | |
| ASHLAND, CITY OF, and RONNA WIIG, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 17, 2005,  file their Report of Parties' Planning Conference.

DATED September 28, 2005.

/s/   *David L. Piester*

United States Magistrate Judge